(4 Misc. Rep. 522.)

## LYNES v. HICKEY.

(Common Pleas of New York City and County, General Term.   August 9, 1893.)

REVIEW ON APPEAL—WEIGHT OF EVIDENCE.
    The decision of a justice of the district court on the facts in a case will
    not be interfered with on appeal unless the evidence is so convincing as to
    clearly indicate that there was a mistake on his part; that he, was in-
    fluenced by bias, passion, prejudice, or corruption; or that he neglected
    to deliberate on the whole testimony presented.

Appeal from eighth district court.

Action by Isabella B. Lynes against William Hickey.    From a
judgment for plaintiff, defendant appeals.    Affirmed.

Argued before BISCHOFF and GIEGERICH, JJ.

James P. Campbell, for appellant.

James F. Higgins, for respondent.

GIEGERICH, J.    This action was brought to recover rent,
under a written lease, of a portion of the premises known as "No.
381 Sixth Avenue," in this city.    The defendant claims to have
been evicted therefrom by the act of the plaintiff, but, as there
is a conflict of evidence in respect of the matters which are claimed
to constitute the eviction, we will not interfere with the judgment
of the justice, unless the evidence is of such a convincing character
as to clearly indicate that there was a mistake on the part of
the justice, or that he had been influenced by bias, passion, preju-
dice, or corruption, or that he had manifestly neglected to deliber-
ate upon the whole testimony.    Schwartz v. Wechler, (Com. Pl. N.
Y.) 2 Misc. Rep. 67; 20 N. Y. Supp. 861, and cases cited.    We are
satisfied, after a most careful examination of the record, that the
evidence in this cause does not lead to such a conclusion.    The
reversal of the judgment is sought solely upon the facts, and, as
we cannot discover any ground for disturbing the justice's deter-
mination thereof, the judgment should be affirmed, with costs.